**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In Re:                                                                 Chapter 13
                                                                       Case Number 9-14-bk-11967-FMD
Nathan Robert Chouinard and
Jaci Lee Chouinard

                Debtors
_____/

**TRUSTEE'S OBJECTION TO DEBTORS' MOTION TO SELL HOMESTEAD**
**AND FOR OTHER RELIEF AND REQUEST FOR ADDITIONAL COUNSEL FEES**

Comes now Jon M. Waage, the Chapter 13 Trustee by and through his undersigned attorney and hereby files his Objection to the Debtors' Motion to Sell Homestead, and for Other Relief and Request for Attorney Fees (docket #57) and would show unto the Court the following:

1. The Trustee objects to the Debtors' motion for the following reasons.

2. It appears that Debtors may have abandoned their homestead and would not be eligible to amend their exemptions at this time.

3. The proceeds should be turnover to the Chapter 13 Trustee as property of the estate and/or disposable monthly income.

Wherefore, the Chapter 13 Trustee respectfully request the Debtors' Motion to Sell Homestead, and for Other Relief and for Additional Counsel Fees be set for a hearing, together with such other and further relief as the Court deems just and proper.

                                                      /s/ Kimberly R. McIntyre
                                                      Kimberly R. McIntyre, Esquire
                                                      Florida Bar No. 14123
                                                      Staff Attorney for Chapter 13 Trustee
                                                      P.O. Box 25001
                                                      Bradenton, Florida 34206-5001
                                                      Phone: (941) 747-4644
                                                      Fax: (941) 750-9266

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Objection to Debtors' Motion to Sell and Request for Additional Fees was furnished electronically and/or by U.S. Mail, to **Nathan Robert Chouinard and Jaci Lee Chouinard**, 9901 Merle Drive, North Ft. Myers, Florida 33917 and to **Brian D. Zinn, LLC**, 1342 Colonial Blvd., Suite K-230, Ft. Myers, Florida 33907 on this 26th day of April 2018.

/s/ Kimberly R. McIntyre
Kimberly R. McIntyre

JMW/KRM/br