ORDERED.

Dated:  May 17, 2018

*Caryl E. Delano*
Caryl E. Delano
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION
### www.flmb.uscourts.gov

In re:

NATHAN ROBERT CHOUINARD    Case No.: 9:14-bk-11967-FMD
and JACI LEIGH CHOUINARD,

      Debtors.    Chapter 13
_____/

### ORDER GRANTING MOTION TO SELL PROPERTY
### AND REQUEST FOR ADDITIONAL COUNSEL FEES

THIS CASE came on for hearing on May 10, 2018, for consideration of the Debtors' Amended Motion to Sell Homestead and for Other Relief, and Request for Additional Counsel Fees (Doc. 57) ("the Motion").  Upon considering the Motion, the Trustee's Objection to Debtors' Motion to Sell (Doc. 58), and the Response by MTGLQ Investors, LP to Debtors' Motion to Sell (Doc. 61); and it appearing that the parties have consented to the form and entry of the within Order, and the Court being otherwise duly advised in the premises;

Accordingly, it is **ORDERED:**

1.    The Motion is GRANTED as to the real property located at 17855 Chesterfield Rd., North Fort Myers, FL 33917.

2.    The Debtors are authorized to execute any and all documents which may be required to consummate the proposed sale in delivering a clear and marketable title to said property, and are authorized to retain 50% of the net sale proceeds.  The other 50% of the net sale proceeds are to be paid into the bankruptcy estate in addition to Debtors' ongoing monthly Trustee payments.

3.    The claim of MTGLQ Investors, LP, the mortgage holder on the subject property, shall be paid in full at closing subject to a proper payoff quote before any distribution to the Debtors or to the bankruptcy estate; or that any sale short of the full payoff will be subject to said mortgage holder's written approval provided prior to closing.

4.    Additional counsel fees to Debtor's attorney are hereby allowed in the amount of $300, to be paid through the Debtor's Chapter 13 Plan.

Attorney Brian D. Zinn, Esq. is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.